FILED
FEB 0 2 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 08CR04142-001-GT |
| v. | ) | O R D E R |
| SANCHEZ-Lopez, Salvador, | ) | |
| Defendant. | ) | |

   Pursuant to a written request from the United States Probation Office, the sentencing date presently set for March 11, 2009, is vacated and reset to April 13, 2009, at 9:00 a.m..

   If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 2-2-09

_____
Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record